## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
       v.                    )    Criminal Action No. 05- 5 7
                             )
ERIC SAMPSON and             )
WILLIE ANDERSON,             )
                             )
              Defendants.    )

REDACTED

## **INDICTMENT**

The Federal Grand Jury for the District of Delaware charges that:

### **Count I**

On or about March 10, 2005, in or near Bridgeville, in the District of Delaware, Eric Sampson, defendant herein, did knowingly distribute a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### **Count II**

On or about March 15, 2005, in or near Seaford, in the District of Delaware, Eric Sampson, defendant herein, did knowingly distribute 5 grams or more of a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).



F I L E D

JUN  7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Count III

On or about April 1, 2005, in or near Seaford, in the District of Delaware, Eric Sampson, defendant herein, did knowingly distribute 5 grams or more of a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## Count IV

On or about April 28, 2005, in or near Bridgeville, in the State and District of Delaware, Eric Sampson and Willie Anderson, defendants herein, did knowingly possess with intent to distribute 5 grams or more of a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## Count V

On or about April 28, 2005, in or near Bridgeville, in the State and District of Delaware, Eric Sampson and Willie Anderson, defendants herein, did knowingly possess with intent to distribute 50 grams or more of a substance containing a detectable amount of cocaine base, a/k/a "crack," a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated:  June 7, 2005