UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>                                )   CASE NO. CR 05-57-2 JJF<br>     vs.                        )<br>  Willie Anderson               )<br>                                )<br>                                )<br>            Defendant.          ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _June 14, 2005_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _July 28, 2005_. The time between the date of this order and _July 28, 2005_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

 

                                               Honorable Mary Pat Thynge
                                               U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney