IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-57-02 JJF |
| WILLIE ANDERSON, | : |
| Defendant. | : |

## O R D E R

WHEREAS, on June 16, 2005, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, no motions are pending which require the Court's attention;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Monday, August 22, 2005, at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and August 22, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

August 4, 2005
DATE

UNITED STATES DISTRICT JUDGE