IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-57-2 JJF |
| WILLIE ANDERSON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 11 hearing will be held on **Tuesday, September 13, 2005 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

August 31, 2005
DATE

UNITED STATES DISTRICT JUDGE