IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-57-JJF |
| ) | |
| WILLIE ANDERSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count V of the Indictment pursuant to the Memorandum of Plea Agreement dated September 13, 2005.

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: 1/12/06

SO ORDERED this __12__ day of __January__, 2006.

*Joseph J. Farnan*
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court