In The United States District Court
For The District of Delaware
File/Docket No# 1: 05CR00057-002

United States of America
vs
Willie Anderson
(Appellant- Defendant):

Notice of Appeal

Notice is Hereby Given that I Willie Anderson Defendant in the Above Action hereby Appeal to the United States Court of Appeals For The Third Circuit from The Final Judgement and Conviction and Sentence in posed on or About the 12th day of January 2006 by Hon. Joseph J. Farnan Jr. U.S.D.J Presiding in U.S District Court in District of District Court in District of Delaware.

Dated 1/20/06



Willie Anderson
Willie Anderson
Fed Reg 04977-015
Unit # 5N
P.O. Box 562
Philadelphia, PA 19105




Willie Anderson
Fed Reg 04977-015
Unit # S-N
Federal Sentention Center Phila
P.O. Box 562
Philadelphia, PA 19105

FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 572
PHILA, PA 19105
DATE 1/23/06
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Legal mail

The Clerk of court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3587

19801+3587-33 C012