IN The United States District Court
For The District of DELAWARE
File/ Docket No 1: 05CR00057-002

United States of America
Vs
Willie Anderson
(Appellant - Defendant)

INDIGENT Applcation

I Willie Anderson hereby state Under penalty of perjury that, because of my poverty, I cannot pay the docket Fees of my criminal Appeal or post a bond for them. I believe I am entitled to

Annexed is affidavit in support with institution Inmate account statement.

Dated 1/20/06

FILED
JAN 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Willie Anderson
Willie Anderson
Fed Reg 04977-015
Unit # 5N
P.O Box 562
Philadelphia, PA 19105

I SWEAR and Affirm Under Penalty of Perjury Under U.S Law that the answer in Affidavit and this Motion is true correct (28 U.S.C & 1746, 18 USC & 1621

Willie Anderson

Willie Anderson
Fed Reg 04977-015
Unit # 5-N
Federal Detention Center Phila
P.O. Box 562
Philadelphia, PA 19105

PHILA PA 191
PM
61
23 JAN
2006





FEDERAL DETENTION CENTER
PHILADELPHIA
P. O. BOX 572
PHILA., PA 19105
DATE 1/23/06

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

The Clerk of court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3587

Legal Mail

19801+3519-99 C012