5-29-06

Dear Judge Joseph Farnan

My name is Willie Anderson and I was sentenced in your court on Jan 12, 06. You sentence me to 108 months. 108 months away from my family and children is a long time. Which neither one of my children are teenagers and one is still a toddler. They can not help provide or take care of themself. With working, three kids and going to school is very hard on Natasha their mother, and hard for her to give them the attention they need to grow to be positive people. I know I messed up and made some mistakes but 108 months is a long time. I'll be thirty nine or forty one years old when I finish this time. And my age will make it harder for me to be not just a dad but a father and fit back in the job world and provide for a family.

At sentencing you said you would like to give me departure, but you could not find reason to give me a departure in my PSI. In which Mrs. Nancy the PSI lady did not check any of the information that was given to her or add some of the thing in my PSI. Which Raymond Radulski said it would not matter, it will give us something to argue at sentencing. Like my fathers and grandmothers history of depression problems and both were hospitalized. I had similar problems and was in special ed from fourth grade until twelfth grade. I feel I was not represented by Mr Radulski to his best capability. He did not argue for no departures on my behalf or explain to me why I didn't get a departure for cooperation when I cooperated with Mr Andrews and the officers at our interview. I told them where I got the drugs from that day and previously, and was willing to testify on them in a court of law on

my behalf. Even then at the interview with Mr Andrews. Mr Radulski did not stay for the hold interview. He got up and left out and said he was surpose to be in court without asking them any question in my behalf. Now the two people I told them about that I was buying drugs from are facing drug charges in the state most likely get less time than me and I was buying from them. Even Eric Samson my co defendant had prior drug charges and a gun in our case and we got the similar amout of time and I didn't have a gun. The only differents in our sentence was one year and he got the drug program the 500 hr one. Raymond Radulski didnt argue for the drug program, my cooperation, my learning problems I had in school, my psi. He told me I would most likely get the mandatory minimum of my plea argeement which was five years. He only came to see me three time out of the hold case. At sentencing he came late and unprepared which was not fair I didn't get a chance to go over the case or his closing arguemen with him. I'm writing to you about these problems hoping you will hear my case for resentencing. Not saying with the amount of drug we had that you did not judge fairly but that Raymond Radulski didnt do his job to his best capability.

PLEASE REPLY BACK

Willie Anderson
04977-015



TRENTON NJ 086

U.S.M.S
X-RAY

Joseph J Farnan Jr
J. Caleb Boggs Federal Building
Room 4209
844 N. King Street, Lockbox 18
Wilmington De, 19801

Willie Anderson 04977-015
Unit S812
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640