# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 10, 2006

Mr. Willie Anderson
# 04977-015
Unit 5812
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

    RE: USA v. WILLIE ANDERSON 05-CR-57(JJF)

Dear Mr. Anderson:

  The Court has received your letter dated "May 29, 2006" and determined that no action is warranted. Your letter has been forwarded to Mr. Radulski, Esq. and Probation Officer Nancy Klingler.

Sincerely,

Joseph J. Farnan, Jr.

cc: Raymond M. Radulski, Esq.
    Nancy Klingler
    Richard G. Andrews, Esq.