05 cr 57 JJF

RECEIVED
FEB 23 2007

Feb 20, 2007

Dear Joseph J. Farnan, Judge

It been one year since I been in your court for sentencing and I am not writing to say I am completely reformed but have changed from the lifestyle I once knew and how hard this time is for my family to deal with. Two of my children will be ~~teenagers~~ and me a older man each day pulls us farther apart. The stress alone hearing every time I call to check on how they are coming along is unbearable most of the time. Knowing now that my decision had such a great impact on four peoples lifes that my have ruined their chance of being all they can be and experiencing happiness which I feel they deserve and need. To hear the mother of my three children Natasha ~~said~~ say the bills are behind, The kids need a father figure in their life cause they are so disobedient and not doing good in school. That my family is not apart of their life to help talk or give some guides in away thats right. and that her family has given up on her too. Hitting her with I told you so, making her feel alot of regret just wanting to run away from all responsibilitys. That makes me feel like crap every day I am here. I do not want my kids

to come no where close to making the wrong decision of not just using or saleing drugs but any type of crimes that could lead them to jail. So I am also writing asking if there is anyway you can lesson this time so that I can be a father to my children and a husband to Natasha. I have a appeal in and one or two years off of my sentence or even months would be very much appreciated. What I think about when I think back to my sentencing day is you saying I would like to give you a departure or go below the guideline range but can not find a reason from reading my PSI. But I have a family that needs me was that not a reason? Its been twenty-two months and each day I wish for another chance to prove myself to the courts that it doesn't or it wouldn't take nine years of not just my life but my family also to know that this was not the path God wanted me to take or how I wasted my past on things that was futile and meaningless at a time I was unknowing of the Real affects of drugs of how they break up families and brings so much pain until it showed up at my door step delivering heart aches.

From this I want to share not only with my kids but to others that have no positive influence and be a mentor in my community for the less fortunate children and even adults. Telling them about the risk they take and what they chance of losing from choosing the wrong ones like I made. Thank for reading my letter.    Sincerely your

Willie Anderson
04977-015

Willie Anderson
# 04977-015
Unit 5812
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

TRENTON NJ 086
21 FEB 2007 PM 2 T

Judge Joseph J. Farnan
Lockbox 27
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

U.S.M.S.
X-RAY