Honorable Judge Joseph J. Farnan

In the United States District Court

for The District of Delaware

    844 King Street

    U.S. Courthouse

Wilmington, Delaware, 19801

File/Docket No#:
05-CR-00057-002
JJF

**FILED**

DEC 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Notice of Motion

(Motion for Reduction Sentence

RE: United States of America     RD Scanned

      V.S.

    Willie Anderson Jr.


      I Willie Anderson Jr. Defendant in the above action hereby would like to inter a motion for Reduction of sentence pursuant to 18 US 3582 (c)(d). Which states; in the case of a defendant who has been sentenced to a term of imprisonment base on a sentencing Range that has subsequently been lowered by the sentencing Commission pursuant to 28 U.S.C 994 (O). Upon Motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may Reduce the term of imprisonment, after considering the factors set forth in section 3553 (a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the sentencing Commission.

                        By Willie Anderson Jr. (PRE-SE)

26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE            DISTRICT OF** Delaware

UNITED STATES OF AMERICA          )
                                  )
                                  )
          vs.                     )     CRIMINAL NUMBER:
                                  )
                                  )     05-CR-00057-002
Willie Anderson Jr                )

---

### PRO SE CERTIFICATE OF SERVICE

I, Willie Anderson Jr      , Petitioner herein, do hereby certify
that an original and two copies of the foregoing filing has been
furnished upon the Office of Clerk for the United States
District of                      : Delaware

**OFFICE OF THE CLERK**
**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF**

And a true and correct copy has been furnished upon the
Office of the United States Attorney for the          District of
            : Delaware

**ASSISTANT UNITED STATES ATTORNEY**
**UNITED STATES ATTORNEY**
**DEPARTMENT OF JUSTICE**
**DISTRICT OF**

I declare under penalty of perjury that the foregoing is true
and correct.  Executed on this day   17 th   of   DEC   ,  19 2007

Willie Anderson Jr.

Willie Anderson, 04817-015
Federal Correctional Institution
P.O. Box 2000, Housing Camp
Fort Dix, NJ 08640

U.S.M.S.
X-RAY

TRENTON NJ 086

19 DEC 2007 PM 1 L



USA FIRST-CLASS FOREVER

Honorable Judge Joseph J. Farnan
LockBox 27
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801