IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-57 JJF |
| WILLIE ANDERSON, JR., | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Defendant filed a letter request advising the Court that he "would like to inter a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)," but without specifying any specific grounds for the relief requested (D.I. 51);

WHEREAS, the Court will construe Defendant's letter request as a Motion For Reduction Of Sentence;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant shall file an Opening Brief setting forth the grounds for his Motion no later than **Friday, February 15, 2008**.

2. The Government shall file an Answering Brief no later than **Friday, February 29, 2008**.

3. Any Reply Brief shall be filed by Defendant no later than **Friday, March 7, 2008**.

January 31, 2008                                  _____
        DATE                                        UNITED STATES DISTRICT JUDGE

FILED
FEB 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE