IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-57-JJF |
| | ) | |
| WILLIE ANDERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant Untied States Attorney Robert Kravetz as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

                                              COLM F. CONNOLLY
                                              United States Attorney

                                    By: _____
                                              Keith M. Rosen
                                              Assistant United States Attorney
                                              Nemours Building, #700
                                              P.O. Box 2046
                                              Wilmington, Delaware  19899-2046
                                              keith.rosen@usdoj.gov

Dated: February 14, 2008

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal Action No. 05-57-JJF |
| | ) |
| WILLIE ANDERSON, JR. | ) |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on February 14, 2008, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States mail, addressed to pro se defendant as follows:

> William Anderson, Jr.
> Reg. No. 04977-015
> Federal Correctional Institution
> P.O. Box 2000 Camp
> Fort Dix, NJ   08640

*Sharon Bernardo*