**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | Criminal Action No. 05-57-JJF |
| ) | |
| WILLIE ANDERSON                     ) | |

      I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on February 28, 2008, I electronically filed with the Clerk of the Court using the CM/ECF the foregoing:

MOTION TO EXTEND TIME FOR GOVERNMENT'S
RESPONSE TO DEFENDANT'S MOTION FOR RESENTENCING

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to the defendant, pro se, as follows:

    Willie Anderson
    #04977-105
    F.C.I. Fort Dix
    P.O. Box 2000, Housing Camp
    Fort Dix, NJ   08640

*Sharon Bernardo*