IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-57-JJF |
| WILLIE ANDERSON, | : | |
| Defendant. | : | |

**FEDERAL PUBLIC DEFENDER'S ENTRY OF APPEARANCE
ON BEHALF OF DEFENDANT WILLIE ANDERSON**

AND NOW comes Edson A. Bostic, Federal Public Defender for the District of Delaware, and enters his appearance on behalf of defendant Willie Anderson; the background of this entry of appearance is as follows:

1.  On January 12, 2006, Mr. Anderson received a sentence of 102 months imprisonment for the offense of possessing with intent to distribute five grams or more of cocaine base, in violation of 21 U.S.C. § 841(b)(1)(B).

2.  On December 19, 2007, Mr. Anderson filed a *pro se* motion seeking the benefit of the retroactive two-level reduction in the crack cocaine sentencing guideline.

3.  By Administrative Order filed February 25, 2008, Chief Judge Sleet appointed the Federal Public Defender to represent all prisoners who might be eligible for the two-level reduction in the crack cocaine guideline.

4.  Pursuant to the Administrative Order, the Federal Defender is obligated to contact defendant's prior CJA counsel, so as to determine whether prior counsel wishes to litigate the motion to reduce sentence.

5.  On February 26, 2008, the Defender's Office contacted Raymond M. Radulski, the CJA attorney who represented Mr. Anderson in the District Court; Mr. Radulski indicated that he had no objection to having the Defender litigate defendant's motion for sentence reduction.

6.  The Federal Public Defender's Office will promptly contact Mr. Anderson so as to determine whether he wishes to be represented by the Federal Defender; if Mr. Anderson wishes to continue to proceed *pro se*, the Federal Defender will so inform the Court for its determination.

WHEREFORE, pursuant to the Administrative Order of February 5, 2008, Federal Public Defender Edson A. Bostic hereby enters his appearance on behalf of defendant Willie Anderson.

Respectfully submitted,

_/s/_____
EDSON A. BOSTIC
Federal Public Defender

Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Dated: February 29, 2008