IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-57-JJF |
| | : | |
| WILLIE ANDERSON, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW this _____ day of _____, 2008, upon consideration of Defendant's Motion for Continuance of Briefing Order, it is hereby ordered that the motion is GRANTED. The current briefing order is hereby vacated, and the Federal Public Defender is directed to file an amended petition for sentencing reduction on or before Monday, April 14, 2008.

BY THE COURT,

_____
Honorable Joseph J. Farnan, Jr.
United States District Court