TO THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
FEB 14 2008

United States of America
      Plaintiff

           V.

Willie Anderson, Jr.
      Defendant

Criminal Action No.
05-57 JJF

Whereas, Defendant received order from the Court stating defendant shall file an opening brief setting forth the grounds for his motion no later than Friday, February 15, 2008. See attached copy of order.

Whereas, Defendant received order on Friday, February 15, 2008. See attached copy of envelope with date received signed by Officer S. Scarbrough confirming February 15, 2008 date Defendant received order.

Whereas, the Defendant is incarcerated at Fort Dix Correctional Institution and even though this petition has been written and mailed out on the same day the order was received, because of prison policy it will not be mailed until Tuesday, 3:00 AM, February 19, 2008.

Now therefore, the Defendant is requesting an extension to the following date for an opening brief setting forth the grounds of his motion. Set date indicated of February 15, 2008 is impossible to perform by.

                                              Willie Anderson Jr.
                                              Willie Anderson Jr.
                                              Inmate # 04977-015
                                              Federal Correctional Institution
                                              P.O. Box 2000, Camp
                                              Fort Dix, NJ 08640

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-57 JJF |
| WILLIE ANDERSON, JR., | : | |
| Defendant. | : | |



O R D E R

WHEREAS, Defendant filed a letter request advising the Court that he "would like to inter a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)," but without specifying any specific grounds for the relief requested (D.I. 51);

WHEREAS, the Court will construe Defendant's letter request as a Motion For Reduction Of Sentence;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant shall file an Opening Brief setting forth the grounds for his Motion no later than **Friday, February 15, 2008**.

2. The Government shall file an Answering Brief no later than **Friday, February 29, 2008**.

3. Any Reply Brief shall be filed by Defendant no later than **Friday, March 7, 2008**.

January 31, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED

FEB 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

$00.41

US POSTAGE

Willie Anderson
#04977-015
F.C.I Fort Dix
P.O. Box# 2000, Housing Camp
Fort Dix, NJ 08640

08640+0302

IN THE UNITED STATES DISTRICT COURT
FOR THE                    DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CRIMINAL NUMBER: |
| ) | 05-57 JJF |
| Willie Anderson Jr.  ) | |

## PRO SE CERTIFICATE OF SERVICE

I, _____, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of _____: Delaware

OFFICE OF THE CLERK
U.S. DEPARTMENT OF JUSTICE
UNITED STATES DISTRICT COURT
DISTRICT OF Delaware

And a true and correct copy has been furnished upon the Office of the United States Attorney for the _____ District of : Delaware

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
DISTRICT OF Delaware

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day __15__ of __February__, 2008

Willie Anderson

Willie Anderson, 04977-015
Federal Correctional Institution
P.O. Box 2000, Camp
Fort Dix, NJ 08640



TRENTON NJ 086
19 FEB 2008 PM 1 T

Honorable Judge Joseph J. Farnan Jr.
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801