RECEIVED
FEB 25 2008

TO THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

United States of America
    Plaintiff

                                                     Criminal Action No.
                                                         05-57-JJF

        V.

Willie Anderson, Jr.
    Defendant

                                                   Motion for Resentencing
                                                   Pursuant to 18 U.S.C. 3582(c)(2)

    NOW COMES, Petioner, Willie Anderson, Jr., Pro Se for the purpose of the INSTANT MOTION, to move this HONORABLE COURT to grant the relief herein petitioned for and/or whatever relief it deems just and appropriate.

    Petitioner begs this HONORABLE COURT to order that a date be set wherein resentencing may be scheduled and the facts warranting such may be examined and discussed.

## AUTHORITY

    January 12, 2006, This HONORABLE COURT sentenced petitioner, Willie Anderson, Jr., to a term of 108 months and 4 years supervised release for violation of 21 U.S.C. 841(a)(1) and (b)(1)(B), Possession with the intent to distribute 5 grams or more of "Cocaine Base", which in itself carried a statutory minimum sentence of 60 months.

    November 1, 2007 THE UNITED STATES SENTENCING COMMISSION amends its sentencing guidelines for "Crack Cocaine" sentencing. However, December 11, 2007, THE SENTENCING COMMISSION issued forth a further amendment making retroactive on March 3, 2008 its earlier amendment for "Crack Cocaine" sentencing and the disparities created by previous sentencing policy.

    WHEREFORE, Petitioner now begs that this HONORABLE COURT

TO THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America<br>　　　　Plaintiff | : | |
| | : | Criminal Action No. |
| | : | 05-57-JJF |
| v. | : | |
| | : | |
| Willie Anderson, Jr. | : | |
| | : | Motion for Resentencing |
| | : | Pursuant to 18 U.S.C. 3582(c)(2) |
| (Page 2 continued) | : | |

consider such amendments and offer for the Court the opinion that 3553(A), as it relates to 18 U.S.C. 3582(c)(2), affords this Court the Authority to grant petitioner relief pursuant to THE SENTENCING COMMISSION's revised ratios for "Crack Cocaine" sentencing.

BP-S187.058 PROGRESS REPORT CDFRM
JUN 98

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| Institution Name, Address, & Telephone No.<br>Federal Correctional Institution, P.O. Box 38, Fort Dix, NJ 08640<br>(609) 723-1100 | Date<br>February 18, 2008 |
|---|---|

**Inmate Reviewed**

| Inmate's Signature | Date | Staff Signature |
|---|---|---|
| X Willie Anderson | 2/18/08 | [signature] |

1. Type of Progress Report
   Initial    ☐ Statutory Interim    Pre-Release
   Transfer    Triennial    X Other (USPO Request)

| 2. Inmate's Name<br>Anderson, Willie Jr. | 3. Register Number<br>04977-015 | 4. Age (DOB)<br>34 (06/24/73) |
|---|---|---|

5. Present Security/Custody Level
   Minimum/Out

6. Offense/Violator Offense
   Possession with Intent to Distribute More than 5 Grams of Crack Cocaine

7. Sentence
   3559 PLRA Sentence; 108 Months; 4 Years Supervised Release; $100 Felony Assessment

| 8. Sentence Began<br>01/12/06 | 9. Months Served +<br>Jail Credit<br>25 + 259 Days JCT | 10. Days GCT/or EGT/SGT<br><br>108 Days GCT Possible |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br>0/0/0 | 12. Projected Release<br>02/28/13 VIA GCT REL | 13. Last USPC Action<br>N/A |

14. Detainers/Pending Charges
    None.

15. Co-defendants
    Please see PSI.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## PROGRESS REPORT - CONTINUED

Committed Name: Anderson, Willie Jr.    Reg. No.: 04977-015    Date: 02/18/2008

16. **Institutional Adjustment:**

   a. **Program Plan:** Inmate Anderson was initially classified at FCI Fort Dix, New Jersey. At that time and at subsequent program reviews, the Unit Team recommended participation in Adult Education Courses, Recreation, Vocational Training, and the Financial Responsibility Program (FRP). While at SCP Fort Dix, New Jersey, the Unit Team recommended participation in the Release Preparation Program, 500-Hour Residential Drug Abuse Program, receive good work reports, and maintain clear conduct and good sanitation in the housing unit. Inmate Anderson's overall institutional adjustment has been good.

   b. **Work Assignments:** While at FCI Fort Dix, New Jersey, inmate Anderson was assigned to the Food Service work detail and to UNICOR. He worked approximately 35 hours per week and received good work reports. Since his arrival at SCP Fort Dix, New Jersey, he has been assigned to the Department of Public Works. He cleans office buildings and maintains the grounds at the U.S. Army Installation Fort Dix, New Jersey. He works approximately 35 hours per week and receives good work reports. His relationship with staff and co-workers has been reported as good as well.

   c. **Educational/Vocational Participation:** Inmate Anderson is currently participating in Sewing & Tailoring. He completed the following programs: Life Applic w/ Bible Principles, Low Impact AER, Electric Class, African American History, Knowledge/Skills Post Release, and Character Development.

   d. **Counseling:** Inmate Anderson participates in informal counseling sessions with his case manager and correctional counselor on an as needed basis. He completed the 40-Hour Drug Abuse Program on 08/08/07.

   e. **Incident Reports:**
   None.

   f. **Institutional Movement:** Inmate Anderson arrived at FCI Fort Dix, New Jersey, on 02/14/06. On 12/06/07, he was transferred to SCP Fort Dix, New Jersey, as a lesser security transfer. There has been no other institutional movement.

   g. **Physical and Mental Health:** Inmate Anderson is currently assigned regular duty with no medical restrictions. There is no indication of any mental health disorders. He should be considered fully employable upon release from custody.

   h. **Progress on Financial Responsibility Plan:** At the time of sentencing, the District of Delaware, imposed a $100 Felony Assessment Fee. Inmate Anderson paid his felony assessment in full on 04/16/06. He is not subject to Cost of Incarceration Fee (COIF).

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## PROGRESS REPORT - CONTINUED

Committed Name: <u>Anderson, Willie Jr.</u>   Reg. No.: <u>04977-015</u>   Date: <u>02/08/2008</u>

17. <u>Release Planning</u>:  The Unit Team will discuss Residential Re-Entry Center (RRC) placement 11 - 13 months prior to release.

| | | |
|---|---|---|
| a. | **Residence**: | Latrell Walker (Sister)<br>5901 Palm Trace Landine Drive, Apt. 104<br>Davie, Florida 33314<br>(954) 607-8195 |
| b. | **Employment**: | To be secured. |
| c. | **USPO:**<br>**(Sentencing District)** | Ms. Ellen J. Krause, CUSPO<br>District of Delaware<br>844 North King Street, Lockbox 39<br>Wilmington, DE 19801 |
| | **(Relocation District)** | Mr. Reginald Michael, CUSPO<br>Southern District of Florida<br>300 Northeast First Avenue<br>Miami, Florida 33314 |

d. **Release Preparation Program:** Inmate Anderson will complete the Institutional and Unit Release Preparation Programs prior to his release. These particular programs will provide him with information on health and nutrition, employment, personal finance, community resources, release requirements and procedures, and personal growth and development.

Inmate Anderson is subject to notification under 18 U.S.C. 4042(b) for being convicted of a federal drug-trafficking offense. He is also subject to DNA collection.

18. Dictated By:   Karl Byrd, Case Manager

19. Date Typed:   02/18/08, kdb

20. Reviewed By:   A. J. Lewis, Unit Manager

Record Copy - Inmate File; copy - U.S. Probation Office, copy - Parole Commission Regional Office (If applicable), copy - inmate

(his form may be replicated via WP)   Replaces BP-s187 058 DTD FEB 94

IN THE UNITED STATES DISTRICT COURT
FOR THE                 DISTRICT OF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NUMBER: |
| | ) | 05-57-JJF |
| Willie Anderson Jr | ) | |

### PRO SE CERTIFICATE OF SERVICE

I, _____, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of                : Delaware

OFFICE OF THE CLERK
U.S. DEPARTMENT OF JUSTICE
UNITED STATES DISTRICT COURT
DISTRICT OF Delaware

And a true and correct copy has been furnished upon the Office of the United States Attorney for the           District of : Delaware

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
DISTRICT OF Delaware

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day 18 of February, ~~FY~~ 2008

_Willie Anderson_

WILLIE Anderson, #4977-015
Federal correctional Institution
P.O. Box 2000, Camp
Fort Dix, NJ 08640

U.S.M.S.
X-RAY

Judge Joseph J. Farnan Jr.
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801