AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Willie Anderson, Jr. ) | Case No: 1:05CR00057-002 (JJF) |
| ) | USM No: 04977-015 |
| Date of Previous Judgment: January 12, 2006 ) | Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

IT IS ORDERED that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months is reduced to __87__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__         Amended Offense Level: __27__
Criminal History Category: __III__       Criminal History Category: __III__
Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.

☐ Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __1/12/2006__ shall remain in effect.
IT IS SO ORDERED.

Order Date: April 23 2008

Effective Date: _____
(if different from order date)

_____
Judge's signature

U.S. District Judge Joseph J. Farnan, Jr.
Printed name and title