UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No:  06-1371

UNITED STATES OF AMERICA,

Appellee

v.

WILLIE ANDERSON,

Appellant

Appeal From the United States District Court
For the District of Delaware
(Crim. No. 05-cr-00057-2)
District Court: Hon. Joseph J. Farnan, Jr.

Submitted pursuant to Third Circuit LAR 34.1(a)
December 11, 2007

Before: MCKEE, CHAGARES, and HARDIMAN, Circuit Judges

JUDGMENT

This cause came to be heard on the record from the United States District Court for the

District of Delaware  and was submitted pursuant to Third Circuit LAR 34.1(a) on December 11,

2007.

On consideration whereof, it is hereby ORDERED AND ADJUDGED by this Court that

the criminal sentence imposed by the District Court is vacated and the case is remanded for

resentencing.  All of the above in accordance with the opinion of this Court.


ATTEST:

/s/ Marcia M. Waldron
Clerk

Page: 2
USA v. Anderson
Docket No.: 06-1371

Dated:   June 5, 2008

Certified as a true copy and issued in lieu
of a formal mandate on ___06/27/2008___

Teste:   *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**