IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-57-2 JJF |
| WILLIE ANDERSON, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, pursuant to Mandate issued June 5, 2008 by the United States Court of Appeals for the Third Circuit the above-captioned case is remanded for re-sentencing;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Re-sentencing will be held on **Tuesday, October 7, 2008, at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

August 28, 2008
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE